1  **WO**

FILED ____ LODGED
____ RECEIVED ____ COPY

DEC 1 1 2008

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 05-582-2-PHX-FJM |
| Plaintiff, | |
| vs. | |
| Andrew John Hamilton, | **ORDER** |
| Defendant. | |

An Initial Appearance on the Petition on Supervised Release was held on December 12, 2008.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

1    **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2    court.

3    DATED this 11th day of December, 2008.

4

5

6                                    Lawrence O. Anderson
                                     United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28